IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Criminal Case No. 13-cr-00233-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    LUKE NORRIS,

    Defendant.

___

**ORDER SETTING RESCHEDULED CHANGE OF PLEA HEARING**
___

    Pursuant to the Minute Order (Docket No. 28) vacating the Change of Plea Hearing scheduled for August 22, 2013 at 9:00 a.m., the Rescheduled Change of Plea Hearing is set for September 19, 2013 at 1:00 p.m. Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

    The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.

The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

DATED: August 20, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge